**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JAMES H. DIXON III,

    Plaintiff,

vs.                              CASE NO. 3:05-cv-1153-J-33HTS

DONALD C. WINTER,
Secretary of Navy,[1]
ROBERT J. BULL, and
BRADLEY L. HALLOCK,

    Defendants.

**O R D E R**

This cause is before the Court on Plaintiff's Motion to Compel (Doc. #14; Motion), filed on April 18, 2007.  The Motion is opposed.  *See* Defendant's Response to Plaintiff's Motion to Compel (Doc. #15; Response), filed on May 2, 2007.

Plaintiff seeks an order compelling Defendant Donald C. Winter "to comply with all outstanding discovery by a date certain[.]" Motion at 5.  However, it appears that subsequent to the filing of the Motion, Defendant has provided Plaintiff with the requested answers to his interrogatories and "has advised [him] that the documents identified in the Defendant's Response to Plaintiff's

---

[1] Pursuant to Rule 25, Federal Rules of Civil Procedure, Donald C. Winter, Secretary of the Navy, is substituted as Defendant herein.

Request for Production of Documents . . . are ready and available for inspection[.]"  Response at 2.

Accordingly, the Motion (Doc. #14) is **DENIED** as **MOOT** with respect to the discovery that has been furnished or made available to Plaintiff.  Otherwise, it is **DENIED** without prejudice.  To the extent Mr. Dixon wishes to specifically challenge any of Defendant's objections to his document requests, he may file a motion that complies with the requirements of Rule 3.04(a), Local Rules, United States District Court, Middle District of Florida. If an extension of the discovery or any other deadline is necessary, Plaintiff may file a separate motion requesting such relief.

**DONE AND ORDERED** at Jacksonville, Florida, this 18th day of May, 2007.

/s/       Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
     pro se parties, if any